400 A.2d 613

Commonwealth v. Vaughn, Appellant.
Petition for Allowance of Appeal Denied March 23, 1979.

Argued December 9, 1978. Melvin J. Greenberg, for appellant; Robert W. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

400 A.2d 613

Commonwealth, Appellant, v. Walkowski.
Petition for Allowance of Appeal Denied April 6, 1979.

Argued December 5, 1978. Robert A. Graci, Assistant District Attorney, for Commonwealth, appellant; James P. McHugh, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

HESTER, J., dissented.